# EXHIBIT 2

**Claim Chart – U.S. Patent No. 12,702,357 – Therabody JetBoots PRO Plus**

| U.S. Patent No. 12,702,357 | Therabody JetBoots PRO Plus |
|---|---|
| 1. A device, comprising: | The accused product is a device:  |

| | |
|---|---|
| a wearable body arranged to wrap around a lower limb of a user when worn, | The accused product has a wearable body arranged to wrap around a lower limb of a user when worn:<br><br><br><br> |

| | |
|---|---|
| the wearable body comprising a processing unit, a power source, and a plurality of energy generator elements; | The wearable body of the accused product has a processing unit, a power source, and a plurality of energy generator elements (for pressure and vibration):<br><br> |



Figure 4. UI for settings

| | |
|---|---|
| the plurality of energy generator elements being independently operable to convert electricity from the power source into a plurality of different energy types and to transmit the plurality of different energy types towards skin of the lower limb; and | The plurality of energy generator elements (for pressure and vibration) are independently operable to convert electricity from the power source into a plurality of different energy types and to transmit the plurality of different energy types towards skin of the lower limb: <br><br> 3. **Turn on the device.** To turn on your device, press and hold the center button on the control panel of the lead boot. The LCD screen on the control panel will light up when the lead boot is on. Press and hold the button on the support boot to power it on. The button will illuminate when the support boot is powered on. Each boot will vibrate as it powers on. The boots will connect to each other via low power Bluetooth once they are both powered on.. Once connected, a two-boot and battery icon will display on the LCD screen. <br><br> 4. **Select your treatment.** Toggle through several preset treatment options using the up and down buttons: Quick Start, Warm-up, Recovery, Lower Leg, Upper Leg, Knee, Joint Therapy, Pain Relief, and Sleep Prep. Press the center button on the control panel to select your desired treatment. The treatment will automatically start when a preset is selected. In Quick Start, you will be asked to select the pressure settings to start the treatment. <br><br> 5. **Pneumatic compression.** Pressure options are offered in 5 mmHg increments from 20-100 mmHg in Quick Start mode. Toggle to your desired pressure settings and select by pressing the center button on the control panel. The pressure setting used in your last treatment will become the default setting for your next treatment only in Quick Start. You can also add or subtract pressure during your treatment if desired, but the pressure range may be limited depending on your selected preset treatment. The preset treatments have purpose-designed pressure settings for an optimal treatment experience. <br><br> 6. **Start, pause, and exit treatment.** Start your treatment by either selecting a preset treatment or entering Quick Start mode and selecting a pressure setting. Pressing the center button at any point during your treatment will pause the treatment. Press the center button again to resume the treatment. To exit the treatment, first pause and toggle up to the left arrow icon and press the center button to select. <br><br> 7. **Treatment time.** Each preset treatment has a purpose-designed treatment time for an optimal experience. You can modify the session time once the treatment has started by toggling to the time icon and using the up and down arrows. Treatment durations are offered in five-minute increments from 10-60 minutes or fixed depending on the preset. You can also add or subtract time during your treatment. Your last time setting will become your default setting in Quick Start. <br><br> 8. **Infrared LED light therapy.** Toggle to the Infrared LED light therapy icon using the left and right buttons to add it to your treatment (though it is included in many preset treatments). You can turn off Infrared LED light therapy at any point during your selected treatment by toggling down to OFF. Infrared LED light therapy will automatically shut off after receiving the appropriate dosage (45 minutes maximum) during all treatments. The preset treatments have a purpose-designed recommended LED light therapy for an optimal experience. <br><br> 9. **Vibration therapy.** You can add vibration therapy to Quick Start and preset treatments. Toggle to the vibration icon to add it to your treatment. To select your desired settings, toggle between the three vibration intensities: low, medium, and high, or turn it off if desired. The preset treatments have a purpose-designed recommended vibration therapy for an optimal experience. <br><br> 10. **Turn off the device.** Press and hold the center button on the control panel to turn off the device. Turning off the lead boot will also turn off the support boot. The device will automatically shut off after 10 minutes of inactivity when the treatment is paused, or 3 minutes after the treatment is completed. |

| | |
|---|---|
| the wearable body being operable to maintain the plurality of energy generator elements on or adjacent the skin when the wearable body is wrapped around the lower limb, | In accused product, the the wearable body maintains the plurality of energy generator elements on or adjacent the skin when the wearable body is wrapped around the lower limb:<br><br><br><br> |

| | |
|---|---|
| wherein the plurality of energy generator elements comprises: a first energy generator element at least partially surrounded by the wearable body and configured to convert the electricity from the power source into a pressure force; | In accused product, the plurality of energy generator elements includes a first energy generator element at least partially surrounded by the wearable body and configured to convert the electricity from the power source into a pressure force (compression):<br><br> |



Figure 4. UI for settings

| | |
|---|---|
| and a second energy generator element at least partially surrounded by the wearable body and configured to convert the electricity from the power source into a movement physically recognizable by the skin. | In the accused product, the plurality of energy generator elements includes a second energy generator element at least partially surrounded by the wearable body and configured to convert the electricity from the power source into a movement physically recognizable by the skin (vibration):   |



Figure 4. UI for settings